MICHELE POWER
SEAN BROWN
POWER AND BROWN, LLC
P.O. BOX 1809
BETHEL, ALASKA 99559
Telephone: (907) 543-4700
Facsimile: (888) 887-1146

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRACI FITKA<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. _____ Civ ( _____ )<br><br>COMPLAINT FOR DAMAGES |

For her complaint, plaintiff, by and through counsel Power and Brown, LLC, alleges as follows:

Parties and Jurisdiction

1. This action arises under the Federal Tort Claims Act, 28 U.S.C. § 2671 et seq. Jurisdiction is based on 28 U.S.C. § 1346(a) (2) and 1346(b).

2. Plaintiff submitted a timely administrative claim based on the facts alleged herein to the Department of Health & Human Services. More than six months has passed

- 1 -

since the receipt of that claim, which has been neither admitted nor denied. The claim is deemed by Plaintiff to be denied, pursuant to 26 U.S.C. § 2675.

3. At the time of the conduct that forms the basis for the allegations in Plaintiff's Complaint, the Alaska Native Medical Center ("ANMC") through the Alaska Native Tribal Health Consortium ("ANTHC") were carrying out a compact agreement with the Indian Health Service, and are deemed to be part of the Indian Health Service in the Department of Health and Human Services of the United States of America pursuant to Public Law 101-512, Title III, section 314.

## Common Factual Allegations

4. On or about December 19, 2007, health care providers at ANMC injected Plaintiff's right knee with Kenalog.

5. During the procedure, the physician stuck Plaintiff with the needle, withdrew it and placed it on a tray uncovered, and then re-stuck her with the same needle moments later.

6. Plaintiff returned to her home in Marshall, Alaska and presented to the local clinic on December 24, 2007, complaining of pain in her right knee persisting for three days.

7. Clinic staff sent her to Bethel to be treated at the Yukon-Kuskokwim Delta Regional Hospital ("YKDRH") in Bethel, Alaska where she was diagnosed with a joint infection and transferred to ANMC.

8. At ANMC she underwent treatment for a Methicillin-sensitive Staphyloccocus Aureus infection.

9. As a result, Plaintiff was hospitalized for an extended period of time and required a lengthy recovery period.

## First Claim for Relief: Negligence

10. Plaintiff incorporates by reference all prior allegations herein.

11. The examination, care and control of the treatment of Plaintiff was performed by employees of the ANMC, through the Department of Health and Human Services, an agency of the United States of America. At all relevant times herein, said employees were acting within the scope of their employment.

12. In the aforesaid examination and control of the care and treatment of Plaintiff, the Defendant's employees negligently failed to possess that degree of knowledge and skill ordinarily possessed and exercised at the time by other health care providers in the field or specialty in which they were practicing.

13. As a proximate result of the negligence of the employees and agents of the defendant, Plaintiff suffered pecuniary damages.

14. As a proximate result of negligence of the employees and agents of the defendant, Plaintiff suffered damages, both past and future, consisting of lost wages, medical expenses, rehabilitation expenses, pain, suffering, inconvenience, and loss of enjoyment of life.

PRAYER FOR RELIEF

WHEREFORE Plaintiff demands judgment for compensatory damages in excess of $1,500,000.00, the precise amount to be proven at trial, plus allowable costs, interest, and attorneys' fees.

RESPECTFULLY SUBMITTED this 4th day of May, 2009, at Bethel, Alaska.

s/ Sean Brown
P.O. Box 1809
Bethel, Alaska 99559
Phone: (907) 543-4700
Fax: (888) 887-1146
E-mail: admin@powerbrown.com
ABA No. 9510047

- 4 -